# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# DELTA DIVISION

**LESLIE SOWERS**                                                              **PLAINTIFF**

**V.**                                            **CAUSE NO.: 2:07CV11-SA-SAA**

**ELLIS W. DARBY, TUNICA COUNTY JUSTICE**
**COURT JUDGE, OFFICIALLY AND INDIVIDUALLY**                  **DEFENDANT**

## ORDER ON SUMMARY JUDGMENT

Pursuant to a Memorandum Opinion issued this day,

(1) Defendant's Motion for Summary Judgment [11] is hereby GRANTED;

(2) Plaintiff's claims are dismissed and this case is CLOSED.

SO ORDERED, this the  17th  day of March, 2009.


                                                      /s/ Sharion Aycock
                                                      **U.S. DISTRICT JUDGE**